**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-30793

SYLVIA SARTIN TORRENCE, individually and as legal guardian for the use and benefit of minor daughter, Jamira Dariel Torrence, and as administratrix of law of the estate of deceased husband, James Dariel Torrence; NANNIE PETERS, individually, and as legal guardian of the minor, Guadarius Rashad Gatlin,

Plaintiffs-Appellants,

VERSUS

ORYX ENERGY COMPANY; ET AL.,

Defendants,

ORYX ENERGY COMPANY; W. S. WEAVER, Buddy; SIGNA ENGINEERING CORPORATION,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana
(97-CV-3242-C)

May 5, 2000

Before REAVLEY, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed essentially for the reasons stated in its thorough Order and Reasons of July 8, 1999.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.